1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| NATHAN SERPA, | ) Case No. 1:13-cv-1159 LJO-BAM |
| | ) |
| | ) |
| Plaintiff, | ) ORDER GRANTING APPLICATION |
| | ) TO PROCEED IN FORMA PAUPERIS |
| v. | ) |
| | )  (Document 3) |
| STANISLAUS COUNTY and DOES 1 | ) |
| THROUGH 20, INCLUSIVE | ) |
| | ) |
| Defendants. | ) |
| | ) |

9
10
11
12
13
14
15

16      Plaintiff Nathan Serpa, filed the instant complaint and an application to proceed in forma

17   pauperis on July 25, 2013.  A review of the application reveals that Plaintiff is entitled to proceed

18   in forma pauperis and his application is therefore GRANTED.

19

20   IT IS SO ORDERED.

21

22   Dated:   July 29, 2013               _____/s/ Barbara A. McAuliffe_____
                                          UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28