1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHAN SERPA, | ) | Case No. 1:13-cv-1159 LJO-BAM |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING APPLICATION |
| | ) | TO PROCEED IN FORMA PAUPERIS |
| v. | ) | |
| | ) | (Document 3) |
| | ) | |
| STANISLAUS COUNTY and DOES 1 | ) | |
| THROUGH 20, INCLUSIVE | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Nathan Serpa, filed the instant complaint and an application to proceed in forma pauperis on July 25, 2013.  A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and his application is therefore GRANTED.

IT IS SO ORDERED.


Dated:   July 29, 2013                         /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

1