**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHAN SERPA, ) | Case No. 1:13-CV-01159-LJO-BAM |
| ) | |
| Plaintiff, ) | **ORDER STRIKING ERRONEOUSLY FILED DOCUMENT NO. 11** |
| ) | |
| vs. ) | |
| ) | |
| STANISLAUS COUNTY ) and DOES 1-20, in their official and ) individual capacities, ) | |
| ) | |
| Defendants. ) | |

Currently before the court is Plaintiff's Motion to Strike ECF Doc. 11.  (Doc. 14.) Plaintiff's counsel has called to the Court's attention that on September 8, 2013, Plaintiff's counsel erroneously filed Document No. 11, which does not relate to this case. The Court having reviewed ECF Doc. 11, IT IS ORDERED that Document No. 11 is STRICKEN from the record of this case.

IT IS SO ORDERED.

Dated:   September 10, 2013              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

-1-