UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SERPA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANISLAUS COUNTY,<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:13-cv-1159 LJO BAM<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT<br><br>(Doc. 18) |

On September 30, 2013, Defendant Stanislaus County ("Defendant") filed a motion to dismiss. In response, on October 14, 2013, Plaintiff Nathan Serpa ("Plaintiff") filed an amended complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).  Accordingly, the Court:

1. VACATES the October 28, 2013 hearing set for Defendant's motion to dismiss;
2. DENIES Defendant's motion to dismiss as moot; and
3. INSTRUCTS Defendant to file and serve a response to the amended complaint by no later than November 5, 2013.

IT IS SO ORDERED.

　　Dated:　**October 15, 2013**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28