UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SERPA, | Case No. 1:13-cv-1159 LJO BAM |
| Plaintiff, | ORDER DENYING MOTION TO DISMISS AS MOOT |
| v. | |
| STANISLAUS COUNTY, | (Doc. 18) |
| Defendant. | |

_____/

On September 30, 2013, Defendant Stanislaus County ("Defendant") filed a motion to dismiss. In response, on October 14, 2013, Plaintiff Nathan Serpa ("Plaintiff") filed an amended complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).  Accordingly, the Court:

1. VACATES the October 28, 2013 hearing set for Defendant's motion to dismiss;
2. DENIES Defendant's motion to dismiss as moot; and
3. INSTRUCTS Defendant to file and serve a response to the amended complaint by no later than November 5, 2013.

IT IS SO ORDERED.

Dated:   **October 15, 2013**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28