Daniel Robert Bartley, SBN 79586
BARTLEY LAW OFFICES
4040 Civic Center Drive, Suite 200
San Rafael, California 94903
Tel:  415.898.4741
Fax:  415.898.4841
Email:  DanielBartleyLaw@aol.com

Attorney for Plaintiff NATHAN SERPA

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
Taylor W. Rhoan, SBN 294941
350 University Avenue, Suite 200
Sacramento, California 95825
Tel: 916.929.1481
Fax: 916.927.3706
Email:  tcassidy@porterscott.com

Attorneys for Defendant COUNTY OF STANISLAUS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHAN SERPA, | CASE NO.: 1:13-cv-01159-LJO-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY THE INTIAL DISCLOSURE DEADLINE** |
| v. | |
| STANISLAUS COUNTY and DOES 1-20, in their official and individual capacities,, | Order Entered on: 01/15/14<br>Complaint Filed: 08/12/13<br>FAC Filed: 10/14/13 |
| Defendants. / | |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff NATHAN SERPA and Defendant COUNTY OF STANISLAUS by and through their undersigned Counsel, pursuant to Local Rules 143 as follows:

///

1. The parties respectfully request that the District Court modify the Scheduling Conference Order to allow an approximate ninety (90) additional days to the initial disclosures deadline concerning juvenile records, based on good cause appearing therefore as more fully set forth below.

2. On January 15, 2014, the Court issued a Scheduling Conference Order setting certain dates and deadlines, including discovery cutoff deadlines. Specifically, the initial disclosures concerning juvenile records requested in the Superior Court of California, County of Stanislaus pursuant to Welfare & Institutions Code § 827 shall be completed by June 30, 2014.

3. The parties seek modification of the date currently set for the initial disclosures concerning juvenile records. The parties do not seek modification of the date currently set for Trial or any other discovery deadlines. The parties have not sought any prior modifications of the Scheduling Conference Order.

4. The parties submit good cause exists to modify the scheduling order due to the delay in obtaining the juvenile records from Superior Court of California, County of Stanislaus. On March 7, 2014, Defendant submitted a § 827 petition to the Juvenile Division of the Superior Court of California, County of Stanislaus, the petition was joined by Plaintiff. A hearing was held on May 15, 2014, wherein the Court released a redacted version of Plaintiff NATHAN SERPA's juvenile court file only. On June 20, 2014 the Court issued a minute order requiring another § 827 petition be filed to obtain further confidential juvenile records of Plaintiff NATHAN SERPA from the Probation Department, Juvenile Hall and Child Protective Services because no in camera review of those documents was performed in preparation of the hearing on May 15, 2014. The Court also required a separate § 827 petition be filed to obtain the confidential juvenile records of the third party juvenile identified in the First Amended Complaint, and a hearing on the matter has been set for July 17, 2014.

///
///
///
///
///
///

5. Therefore, the parties respectfully submit that good cause exists to amend the Scheduling Conference Order dated January 15, 2014, and request the date for initial disclosures concerning juvenile records be continued from June 30, 2014 to September 30, 2014.

Respectfully submitted,

Dated: June 26, 2014        BARTLEY LAW OFFICES

By     /s/ Daniel R. Bartley (as authorized)
Daniel Robert Bartley
Attorney for Plaintiff
NATHAN SERPA

Dated: June 26, 2014        PORTER SCOTT
A PROFESSIONAL CORPORATION

By        /s/ Taylor W. Rhoan
Terence J. Cassidy
John R. Whitefleet
Taylor W. Rhoan
Attorneys for Defendant
STANISLAUS COUNTY

## ORDER

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Scheduling Conference Order, be modified and the date for initial disclosures be continued from June 30, 2014 to **September 30, 2014**. All other deadlines remain as set in the January 15, 2014, scheduling order.

IT IS SO ORDERED.

Dated:   **June 26, 2014**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER TO MODIFY SCHEDULING CONFERENCE ORDER**