Daniel Robert Bartley, SBN 79586
**BARTLEY LAW OFFICES**
1999 South Bascom Avenue, Suite 700
Pruneyard Towers
Campbell, California 95008-2005
Office Reception:  408-879-2643
Direct Cell (call or text):  415-847-2060
Email:  DanielBartleyLaw@aol.com

Attorney for Plaintiff NATHAN SERPA


P O R T E R  |  S C O T T
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
Taylor W. Rhoan, SBN 294941
350 University Avenue, Suite 200
Sacramento, California 95825
Tel: 916.929.1481
Fax: 916.927.3706
Email:  tcassidy@porterscott.com

Attorneys for Defendant COUNTY OF STANISLAUS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SERPA, | CASE NO.: 1:13-cv-01159-LJO-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY SCHEDULING CONFERENCE ORDER** |
| v. | |
| STANISLAUS COUNTY and DOES 1-20, in their official and individual capacities,, | Order Entered on: 01/15/14<br>Complaint Filed: 08/12/13<br>FAC Filed: 10/14/13 |
| Defendants. / | |

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff NATHAN SERPA and Defendant COUNTY OF STANISLAUS by and through their undersigned Counsel, pursuant to Local Rules 143 as follows:

1. On October 22, 2014, the Court called for an informal telephonic conference with the parties to discuss the Proposed Stipulation and Order to Modify Scheduling Order filed with the Court on October 15, 2014. The Court informed the parties that the date and time set for the Pretrial Conference and Trial could not be modified. The Court requested that the parties submit a further stipulation including an update to the Court on the status of the Welfare & Institutions Code § 827 juvenile petitions for disclosure of juvenile records and proposed dates for continued discovery deadlines. Provided herein is an update on the status of the juvenile records and good cause supporting the continued discovery dates.

2. On October 23, 2014, the Juvenile Division of the Superior Court of California, County of Stanislaus informed all parties that it had completed the in camera review and ordered that the relevant juvenile records of both juveniles be disclosed. The records are voluminous, the parties estimate there to be approximately 3500 pages worth of juvenile records for the two juveniles. Upon initial review of the records it appears that the Child Protective Services records for the third party juvenile identified in the First Amended Complaint may not be the correct juvenile. We are currently inquiring into the situation to determine if a subsequent § 827 petition is required to obtain the CPS files of the third party juvenile.

3. The parties caution that without yet having had an opportunity to review all of the juvenile records, it is unknown whether there are other involved juvenile witnesses whose identity or juvenile records may require subsequent juvenile § 827 petitions. Upon discovery of such information, parties may make further requests to modify the scheduling order in order to obtain those records.

4. In light of the extensive delay in obtaining the confidential juvenile records which are essential to both prosecuting and defending the case herein, and the inability to move the Pretrial Conference and Trial date, the parties respectfully submit that good cause exists to amend the Scheduling Conference Order dated January 15, 2014, and the prior Order Modifying the Initial Disclosure Deadline of Juvenile Records dated June 27, 2014 as follows:

///

///

///

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Initial Disclosure: | February 19, 2014 | Unmodified |
| Amendment to Pleadings: | June 2, 2014 | Unmodified |
| Initial Disclosures of juvenile records: | September 30, 2014 previously modified from June 30, 2014 | November 21, 2014 |
| Expert Disclosure: | January 15, 2015 | January 22, 2014 |
| Supplemental Expert Disclosure: | February 9, 2015 | Unmodified |
| Non-expert Discovery Cutoff: | January 30, 2015 | Unmodified |
| Expert Discovery Cutoff: | March 2, 2015 | Unmodified |
| Pretrial Motion filing Deadline: | March 16, 2015 | Unmodified |
| Pretrial Conference: | Date: June 23, 2015<br>Time: 8:30 a.m.<br>Dept. 4 (LJO) | Unmodified |
| Jury Trial:<br>(4-6 days est.) | Date: August 11, 2015[1]<br>Time: 8:30 a.m.<br>Dept. 4 (LJO) | Unmodified |

//
//
//
//

---

[1] Counsel for Defendants also brought to the Court's attention that lead trial counsel Terence J. Cassidy may be double set and has a conflict with the current trial date set for August 11, 2015. Mr. Cassidy is scheduled to commence trial on August 4, 2015 in a trial estimated to be 10 days with the Honorable Lawrence J. O'Neill presiding in the matter of *Engert v County of Stanislaus*, Case No.: 1:13-CV-0126. This information was provided to the Court in the initial Stipulation and Proposed Order to Modify Scheduling Order and it was requested that the trial date be moved. Nevertheless, Counsel for Defendants were advised by the Court that any modification of the trial date would not be permitted.

**IT IS SO STIPULATED.**

                                                          Respectfully submitted,

Dated: October 28, 2014          BARTLEY LAW OFFICES

                                        By      /s/ Daniel R. Barley (as authorized)
                                                   Daniel Robert Bartley
                                                   Attorney for Plaintiff
                                                   NATHAN SERPA

Dated:  October 28, 2014         PORTER SCOTT
                                                   A PROFESSIONAL CORPORATION

                                        By      /s/ Terence J. Cassidy
                                                  Terence J. Cassidy
                                                  John R. Whitefleet
                                                  Taylor W. Rhoan
                                                  Attorneys for Defendant
                                                  STANISLAUS COUNTY

//
//
//
//
//
//
//
//
//
//
//

# **ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED the Scheduling Conference Order dated January 15, 2014, and the Modified Initial Disclosure Deadline of Juvenile Records dated June 27, 2014 be amended and the new Pretrial and Trial scheduling deadlines are set forth below:

| | |
|---|---|
| Initial Disclosure: | February 19, 2014 |
| Amendment to Pleadings: | June 2, 2014 |
| Initial Disclosures of juvenile records: | November 21, 2014 |
| Expert Disclosure: | January 22, 2015 |
| Supplemental Expert Disclosure: | February 9, 2015 |
| Non-expert Discovery Cutoff: | January 30, 2015 |
| Expert Discovery Cutoff: | March 2, 2015 |
| Pretrial Motion filing Deadline: | March 16, 2015 |
| Pretrial Conference: | Date: June 23, 2015<br>Time: 8:30 a.m.<br>Dept. 4 (LJO) |
| Jury Trial:<br>(4-6 days est.) | Date: August 11, 2015<br>Time: 8:30 a.m.<br>Dept. 4 (LJO) |

IT IS SO ORDERED.

Dated: __**October 29, 2014**__       /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE