# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SERPA, | CASE NO.: 1:13-cv-01159-LJO-BAM |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| COUNTY OF STANISLAUS and DOES 1-20, in their official and individual capacities,, | |
| Defendants. | |

    Based upon the Stipulation of all parties and pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all remaining claims in this case are **DISMISSED WITH PREJUDICE**, each party to bear their own attorney's fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

    Dated:  **February 9, 2015**           **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE